# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

151416

AMBER DUDLEY, Personal Representative
of the ESTATE OF JAMES DUDLEY,
      Plaintiff-Appellant,

v

                          SC: 151416
                          COA: 317202

ST. CLAIR COUNTY OFFICE OF DRAIN       St. Clair CC: 12-001027-NO
COMMISSIONER, COUNTY OF ST. CLAIR,
TIMOTHY R. CHARRON, ROBERT WILEY,
CHARLES WOOD, and EDWARD H. FAHLEY
as Trustee of EDWARD H. FAHLEY TRUST,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the March 5, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2017                

d0920                                       Clerk